IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| JOHN TOMA, | ) CIVIL NO. 16-00499 KSC-NONE |
|---|---|
| Plaintiff, | ) **DECLARATION OF JESSICA WARMOTH** |
| vs. | ) |
| UNIVERSITY OF HAWAI'I, | ) |
| Defendant. | ) |

## DECLARATION OF JESSICA WARMOTH

I, JESSICA WARMOTH, do hereby declare and aver the following:

1. I am employed by the University of Hawai'i and work at the John A. Burns School of Medicine ("JABSOM") in its Student Affairs Office.

2. Within my possession and control are the meeting minutes for JABSOM's Student Standing and Promotions Committee ("SSPC"). I make the following representations based upon personal knowledge unless otherwise indicated.

3. I am competent to testify as to the matters stated herein.

4. Within Exhibit "D" having bates stamped number UH000615 is a true and correct copy of SSPC's meeting minutes regarding Plaintiff JOHN TOMA ("Plaintiff") dated April 11, 2007. The information regarding another JABSOM student has been redacted.

5. Within Exhibit "E" having bates stamped numbers UH000613-14 is a true and correct copy of SSPC's meeting minutes regarding Plaintiff dated July 11, 2007. The information regarding another JABSOM student has been redacted.

6. Within Exhibit "F" having bates stamped number UH000612 is a true and correct copy of SSPC's meeting minutes regarding Plaintiff dated January 14, 2009. The information regarding another JABSOM student has been redacted.

7. Within Exhibit "G" having bates stamped number UH000597 is a true and correct copy of SSPC's meeting minutes regarding Plaintiff dated July 8, 2009.

8. Exhibit "I" having bates stamped numbers UH000593-94 is a true and correct copy of SSPC's meeting minutes regarding Plaintiff dated February 10, 2010. The information regarding other JABSOM students have been redacted.

9. The above exhibits consist of records created at or near the time specified on each individual document. These records are kept in the regularly conducted academic activity of JABSOM and are regularly kept to memorialize the information, decision, and/or event described in each document.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and/or belief.

DATED: Honolulu, Hawaiʻi, May 23, 2018.

JESSICA WARMOTH