

**UNIVERSITY OF HAWAI'I**
John A. Burns School of Medicine
Office of the Dean

May 2, 2005

Mr. John S. Toma
1314 Victoria St., #1704
Honolulu, Hi 96814

Dear Mr. Toma:

==The Admissions Committee of the University of Hawai'i John A. Burns School of Medicine has recommended to me that you be placed on our wait-list to the class anticipated to begin their studies on July 25, 2005.== It has been a very difficult task for the Committee to select only 62 students from among hundreds of applicants. We regret that it is not possible to admit all of the many fine candidates.

For various reasons, some students who have been extended offers to attend this Medical School may find it impossible to come here and, as this office is notified of such a decision, a candidate on the wait-list is extended an offer to join the class. We have found that vacancies of this type might occur as late as week prior to the start of school.

You are to keep the John A. Burns School of Medicine informed of your current address, telephone number, and e-mail. If you will be unavailable during a period of time (e.g. foreign travel), please instruct and grant authority to a parent or other individual to act on your behalf and notify the Medical School of this authority.

If you have any questions, please contact Marilyn Nishiki, Admissions Officer, at (808) 692-1004.

The Admissions Committee members wish to express their appreciation to you for the time and effort you put forth. In the event you should not wish to keep your application active, we would appreciate it if you would advise our office. As soon as an opening occurs for you, we will notify you.

Sincerely yours,

Satoru Izutsu, PhD
Senior Associate Dean/
Chair, Admissions Committee

SI:mn

Medical Education Building
651 Ilalo Street, Honolulu, Hawai'i 96813-5534

An Equal Opportunity/Affirmative Action Institution

# UNIVERSITY OF HAWAI'I
John A. Burns School of Medicine
Office of the Dean

May 18, 2005



Mr. John S. Toma
1314 Victoria St., #1704
Honolulu, HI 96814

Dear Mr. Toma:

It is my great pleasure to inform you that the Admissions Committee of the University of Hawai'i John A. Burns School of Medicine has recommended to me that you be admitted to the class anticipated to begin their studies on July 25, 2005.

We are pleased to welcome you to the John A. Burns School of Medicine and look forward to having you join us. We hope that this will be the beginning of a lifetime of service and scholarship that will bring you much happiness and fulfillment.

Completion of the following forms by the deadline (postmarked) May 27, 2005, are conditions of your acceptance:

1. Acceptance and Notification of Essential Functions Form.
   The *Policy on Essential Functions Required for the MD Program for Admissions, Continuation, and Graduation and Disability Accommodation* is enclosed.

2. Confirmation of Satisfactory Completion of All Science Prerequisites Form

If you have any questions about the John A. Burns School of Medicine, please contact Marilyn Nishiki, Admissions Officer, at (808) 692-1004.

Sincerely,

T. Samuel Shoemaker, MD, JD
Acting Dean

TSS:mn

Enclosures (3)

Medical Education Building
651 Ilalo Street, Honolulu, Hawai'i 96813-5534

An Equal Opportunity/Affirmative Action Institution

UH_000361



# Acceptance and Notification of Essential Functions Form

 I hereby accept the offer of admission to the University of Hawai'i John A. Burns School of Medicine Fall 2005 entering class.

I have read and understand the *Policy on Essential Functions Required for the MD Program for Admissions, Continuation, and Graduation and Disability Accommodation* and certify that I, with or without reasonable accommodation, am able to meet these standards.

☐ I hereby decline the offer of admission to the University of Hawai'i John A. Burns School of Medicine Fall 2005 entering class.

John S. Toma
Name (printed)

Signature

1151 0335
AAMC Number

5/19/2005
Date

Please return this form by: **May 27, 2005** to:   Office of Student Affairs
                                 (postmark)       Medical Education Building
                                                        John A. Burns School of Medicine
                                                        University of Hawai'i
                                                        651 Ilalo Street, 3rd Floor
                                                        Honolulu, HI 96813-5534

OR:

Fax:      (808) 692-1251
ATTN:  Marilyn Nishiki

UH_000360

John A. Burns School of Medicine
University of Hawai'i

Policy on
Essential Functions Required for the MD Program
for Admissions, Continuation, and Graduation
and
Disability Accommodation

*Effective July 1, 1997*

I. Purpose: The John A. Burns School of Medicine (JABSOM) is committed to training competent, caring physicians through quality undergraduate and post-graduate medical education. To insure that JABSOM also meets its ethical responsibility to society to protect the safety and welfare of patients, as well as careful and individual attention to the needs of each candidate for the MD degree, the faculty has established a list of essential functions criteria.

Of importance is that JABSOM recognizes the MD degree as a broad, undifferentiated degree requiring the acquisition of general knowledge and basic skills performed in a reasonably independent and autonomous manner in all fields of medicine. The education of a physician requires the assimilation of knowledge, the discipline of life-long learning, the acquisition of skills, and the development of critical judgement in preparation for independent and appropriate decisions required in medical practice.

In accordance with the University of Hawai'i's EEO/AA and Nondiscrimination and Affirmative Action policies (Appendix 1 - Executive Policy E1.202), Sections 503/504 of the Rehabilitation Act of 1973, and the Americans with Disabilities Act of 1990, reasonable accommodations may be made to facilitate the progress of the otherwise qualified disabled candidate where such accommodations do not require fundamental alteration of the nature of the program; significantly lower or effect substantial modifications of standards; or significantly affect the rights of other students.

II. Policy:
  A. IDENTIFICATION OF ESSENTIAL FUNCTIONS: JABSOM has an ethical responsibility for the safety and welfare of patients with whom candidates will come into contact both before and after graduation. Therefore, patient safety is a major factor in establishing these essential functions, and the JABSOM faculty retains the freedom and ultimate responsibility for the selection of students; the design, implementation, evaluation of its curriculum; evaluation of students; and the final determination of granting a medical degree. Admission, promotion, continuation and graduation decisions are based not only on prior satisfactory academic achievement, but also on non-academic factors which serve to insure that the candidate can fulfill the following essential functions of the academic programs required for graduation.

   1. Observational Skills: Candidates must be able to master a defined level of information. This information will be presented in a variety of learning formats, including, but not limited to, colloquia and demonstrations in the basic sciences, physiologic and pharmacologic demonstrations on computers, observation of microbiologic cultures, microscopic slides and gross studies of human tissues in normal and pathologic states. Beyond the observational skills necessary to acquire information, candidates must possess certain observational skills in assessing the patient. Candidates must be able to observe a patient accurately at a distance and close at hand, as well as observe written and graphic information, e.g., EKG's and imaging studies, regarding the patient, including the use of visual, auditory and somatic sensation, and is enhanced by the functional use of other sensory modalities.

   If, for any reason a candidate's ability to observe or acquire information through the above mentioned sensory modalities is inhibited, the candidate must demonstrate the ability to obtain the required information, whether basic or clinical sciences related, in an alternative fashion.

   2. Communication Skills: Candidates must be able to communicate effectively and sensitively utilizing both oral and written communication skills with patients, their families and with all members of the health care team using traditional or alternative means in a timely fashion. Candidates must be able to create and comprehend written material such as medical records, laboratory reports and pharmacologic prescriptions and must possess adequate interpersonal skills, empathy towards others, and willingness to interact cooperatively in all professional environments.

UH_000356

3. <u>Motor Skills</u>: Candidates must have sufficient motor skills to carry out all necessary procedures involved in the learning of the basic and clinical sciences as well as those required in the hospital and clinical environment in an independent and autonomous manner. These include, but are not limited to, physical examinations, surgical, clinical, laboratory and other technical procedures required for learning, diagnosis and treatment. Candidates must possess the motor skills necessary to perform palpation, percussion, auscultation, and other diagnostic maneuvers to complete basic and specialized portions of the physical examination of a patient. Candidates are expected to execute movement and assume reasonable bodily postures required to provide general diagnosis and treatment of patients, as well as emergency medical care such as, but not limited to, cardiopulmonary resuscitation, securing an airway, and administration of medication.

4. <u>Intellectual/Conceptual Abilities</u>: Candidates must have sufficient cognitive capabilities to assimilate the technically detailed and complex information presented in colloquia, tutorials, individual teaching sessions and clinical settings, and must be able to measure, calculate, reason, analyze, recall and synthesize information across various modalities and form and test hypotheses. In addition, candidates should be able to comprehend the three-dimensional relationships and understand spatial relationships of structure. Problem solving, the critical and essential skill demanded of physicians, requires all of these intellectual abilities, which must be performed in a timely fashion.

5. <u>Behavioral And Social Attributes</u>: Candidates must possess the emotional health and maturity required for full utilization of intellectual abilities, and to exercise good judgement in the diagnosis and treatment of patients. Required skills include the ability to function in stressful and demanding environments, and demonstration of the flexibility to cope with changing situations and the ambiguity inherent in medical problem solving.

    Candidates must demonstrate compassion, honesty, integrity, concern and respect for others. In addition to possessing an intrinsic desire for excellence, candidates must possess tolerance for and acceptance of difference, and show interest and motivation to become an effective physician.

    Candidates must understand and accept their role as health care providers within their communities.

B. NON DISCRIMINATION: In accordance with the University of Hawai'i at Mānoa's Nondiscrimination and Disability Access Policy Statement, JABSOM is committed to the principle of equal opportunity and affirmative action, and, as such, ascribes to a policy of non-discrimination on the basis of race, sex, age, religion, color, national origin, ancestry, marital status, arrest or court record, sexual orientation, veteran status, or disabilities, both visible and invisible, for otherwise qualified individuals. This includes admission and access to and participation in the School's programs, activities and services. JABSOM strives to promote full realization of equal opportunity through a positive, continuing compliance with the affirmative action mandates of Federal Executive Order 11246.

    Information regarding UH Manoa's equal opportunity policies, affirmative action plan, or the UHM complaint procedures is available through the following offices:

        Students:   Office of the Dean of Students, 956-3290 (V/T)
        Employees:   EEO/AA Director, 956-7077 (V/T)

C. ACCOMMODATIONS: While JABSOM recognizes its obligation to provide overall program accessibility for persons with disabilities in compliance with Sections 503/504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990, in order to insure it meets its responsibilities to society, the School also has the responsibility to consider the safety and welfare of patients and others. Should an applicant or student have a condition that would place patients or others at significant risk, the condition may be the basis for denial of admission or dismissal. Otherwise, every effort will be made to provide accommodations to facilitate the progress of the disabled candidate where such accommodations do not require fundamental alteration of the nature of the program; significantly lower or effect substantial modifications of standards; or significantly affect the rights of other students.

III. <u>Procedure</u>:
A. RESPONSIBILITY: Responsibility for the implementation and application of this Policy and Procedure rests with the Associate Dean in the Office of Student Affairs. Any questions regarding the Policy or Procedure shall be directed to the Office of Student Affairs.

B. UH MANOA POLICY DISSEMINATION AND INSURING PROGRAM ACCESSIBILITY:
  1. **Policy Dissemination:** The UHM Nondiscrimination and Disability Access Policy, which covers academic matters such as student recruitment, admission, participation and services, shall be printed in the School catalog and be updated annually. All application forms, catalogs, brochures, advertisements, fliers and other informational publications will be periodically reviewed to insure inclusion of the appropriate EEO/AA notice.

  2. **Insuring Accessibility:**
     a. Publications, such as the School catalog, program brochures, schedule of classes, newsletters, instructional material and examinations will be provided in alternate formats upon request from persons with certified disabilities. Examples of alternate formats include large print, tapes, electronic media, and live reading.
     b. Procedures and criteria used in recruitment, admission, examination, assessment, financial aid and other elements of the MD Program will be periodically reviewed and revised to insure nondiscrimination and equal access for persons with disabilities.
  3. **Updating Information for Services:** The University of Hawai'i at Manoa KOKUA (disabled student services) Program will be contacted annually to obtain information as to the existence and location of services, activities, and facilities that are accessible to and usable by persons with disabilities: 956-7511(V/T)

C. INSURING JABSOM ESSENTIAL FUNCTIONS POLICY DISSEMINATION:
  1. Each candidate will receive a copy of this policy along with his/her acceptance letter, and will be asked to sign an *Acceptance and Notification of Essential Functions Form* (Appendix 2), acknowledging its receipt.

  2. Copies of the policy will also be placed in the JABSOM Policy Handbook, which is kept in the Office of Student Affairs and Learning Resource Reading Room.

D. ASSESSMENT/IDENTIFICATION OF DISABILITY: All applicants and students will be assessed by the same academic and professional criteria for admission, promotion, retention and graduation. The school may require, at the appropriate time, that an applicant or student undergo evaluation for the purpose of determining whether he/she is able to meet the essential functions, with or without accommodations.

  1. **Applicants:** During the admissions process, qualified candidates will be considered without regard to their (dis)ability status by the Admissions Committee. After acceptance, all matriculants will be required to sign the Acceptance and Notification of Essential Functions Form (Appendix 2) to indicate that they have read and understood their responsibility for meeting the essential functions as outlined. This signed form becomes a permanent part of the record of all matriculating candidates.

  2. **Students:** Disabilities occurring after matriculation will be dealt with on an individual basis by a Committee appointed by the Dean in accordance with the Essential Functions Guidelines to best meet the needs of the student and the medical school.

E. REQUESTING ACCOMMODATIONS
  1. **Certification:** In compliance with federal non-discrimination law, the University of Hawai'i has charged the KOKUA Program with the responsibility for certifying students with disabilities to academic and other campus units with documentation thereof in restricted securement at the KOKUA Office. Students must contact and submit the aforementioned documentation to the KOKUA Program, which in turn will provide the certification to the Office of Student Affairs along with recommendations for appropriate accommodations.

  2. **Requesting Accommodations:** Students who are certified by the KOKUA Program will be notified in writing by the Associate Dean in the Office of Student Affairs, and advised that, upon written request, consideration may be given for accommodations as recommended. The Associate Dean may consult with the Committee identified in III.D.2. regarding the requested accommodation(s), and, provided it meets the definition as stated in II.C., shall coordinate the request, which must be submitted by the student for each course and/or exam.

UH_000358

4

*The Medical School wishes to acknowledge the University of Nevada School of Medicine for their assistance in the preparation of this Policy.*

Revised and approved by the Executive Committee: 03/14/97

Accepted by:

_____, MD    3-17-97
Sherrel L. Hammar, Acting Dean         date

OSA: 1/97

Attch:  Appendix 1 - University of Hawai'i Executive Policy E1.202
        Appendix 2 - Acceptance and Notification of Essential Functions Form

UH_000359

Name: John Toma        Date: 7/27/05

## John A. Burns School of Medicine
## Matriculation Questions

1. Describe your present living situation.
   Living with parents

2. Describe your learning/study environment.
   I tend to learn best when studying in groups, more so when the group is focused on a goal or project. I also like to study alone at times -- it allows me to collect my thoughts. I prefer to study outside of home because I'm too relaxed there -- too many distractions such as TV, computer, etc.

3. Do you have any concerns/issues that might impede your success in medical school?
   No

4. What support, if any, would you like from the medical school?
   Advisory support would be appreciated when needed.

5. Are there any learning differences/difficulties noted in your family?
   No

6. ==Have you experienced any learning difficulties throughout your education?==
   No

7. Other comments:
   Happy to be here at JABSOM!

Return to OSA by
July 29, 2005

UH_000388