# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOHN TOMA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 16-00599-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNIVERSITY OF HAWAII, | July 19, 2018 |
| Defendant. | At 9 o'clock and 40 min a.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

The Court having on January 16, 2018 issued its order: The "MEMORANDUM AND OPINION AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT" wherein the Court declined to recognize a claim for hostile education environment, and dismissed with prejudice *"all of Plaintiff's claims that were based on acts that occurred prior to September 11, 2012, because such claims are barred by the applicable statute of limitations...."* ("January 16, 2018 Order"), and the Court having heard and considered Defendant's Motion for Summary Judgment as to Plaintiff's Remaining Claims,

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered as pursuant to and in accordance with the January 16, 2018 Order, and as pursuant to and in accordance with the Court's order filed on July 18, 2018: The "MEMORANDUM OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" wherein SUMMARY JUDGMENT as to Plaintiff's Remaining Claims is GRANTED in favor of Defendant.

| July 19, 2018 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |