LAW OFFICE OF BRIAN K. MACKINTOSH
 BRIAN K. MACKINTOSH          9525
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile:  (808) 566-0347
bmackphd@gmail.com

Attorney for Plaintiff
JOHN TOMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOHN TOMA,<br><br>             Plaintiffs,<br><br>   vs.<br><br>UNIVERSITY OF HAWAIʻI,<br><br>             Defendant. | CIVIL NO. 16-499 RLP<br><br>ERRATA TO PLAINTIFF JOHN TOMA'S NOTICE OF APPEAL; CERTIFICATE OF SERVICE; EXHIBITS 1-3; CERTIFICATE OF SERVICE |

ERRATA TO PLAINTIFF JOHN TOMA'S NOTICE OF APPEAL

Plaintiff JOHN TOMA ("TOMA"), by and through his attorney Brian K. Mackintosh, hereby submits this Errata to Plaintiff John Toma's Notice of Appeal [ECF No. 67], filed on this day, August 10, 2018. Toma inadvertently omitted one Order he intends to appeal, namely, the Memorandum Opinion and Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Second Amended

Complaint [ECF No. 45], filed January 16, 2018.  Through this corrected Notice of Appeal, Toma timely appeals to the United States Court of Appeals for the Ninth Circuit the following:

    (1) Memorandum Opinion and Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Second Amended Complaint [ECF No. 45], filed January 16, 2018 (attached as Exhibit 1);

    (2) The Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment [ECF No. 65], filed July 18, 2018 (attached as Exhibit 2); and,

    (3) Judgment in a Civil Case [ECF No. 66], filed July 19, 2018 (attached as Exhibit 3).

DATED: Chengdu, China this August 10, 2018.

        /s/ *Brian K. Mackintosh*
        BRIAN K. MACKINTOSH
        Attorney for Plaintiff
        JOHN TOMA