UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN TOMA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNIVERSITY OF HAWAII,<br><br>Defendant-Appellee. | No. 18-16523<br><br>D.C. No. 1:16-cv-00499-RLP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: GRABER, M. SMITH, and WATFORD, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing. Dkt. 38. The petition for panel rehearing is DENIED.

Panel