UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN TOMA,

Plaintiff - Appellant,

v.

UNIVERSITY OF HAWAII,

Defendant - Appellee.

No. 18-16523

D.C. No. 1:16-cv-00499-RLP
U.S. District Court for Hawaii, Honolulu

**MANDATE**

The judgment of this Court, entered October 30, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7